**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division**

| | |
|---|---|
| **CHARLES ULRICH** | * |
|     **Plaintiff,** | * |
| |   Civil Action No.:   1:15-cv-00859-JKB |
| **v.** | * |
| **CONCENTRA HEALTH SERVICES, INC., et al.** | * |
|     **Defendants.** | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PRAECIPE
LINE OF DISMISSAL WITH PREJUDICE**

Dear Clerk:

Please enter this case as DISMISSED WITH PREJUDICE as to all claims in the above referenced action.  Please note each party is to bear his/its own costs and fees.

    Respectfully submitted,

    DUGAN, BABIJ & TOLLEY, LLC

    */s/ Alison D. Kohler*
    Alison D. Kohler, Esquire (#01127)
    1966 Greenspring Drive
    Suite 500
    Timonium, Maryland 21093
    *Counsel for Plaintiff*

    WILSON, ELSER, MOSKOWITZ,
    EDELMAN & DICKER LLP

    */s/ Catherine A. Hanrahan*
    Catherine Hanrahan, Esquire (#06711)
    700 11th Street, NW Suite 400
    Washington, D.C. 20001

       T:  (202) 626-7660
       F:  (202) 626-3606
       Catherine.Hanrahan@wilsonelser.com


       */s/ Shadonna E. Hale*
       Shadonna E. Hale, Esquire (#08108)
       500 East Pratt Street, Suite 600
       Baltimore, Maryland 21202
       T:  (410) 539-1800
       F:  (410) 962-8758
       Shadonna.Hale@wilsonelser.com
       *Counsel for Defendants Concentra Health Services, Inc. and Occupational Health Centers of the Southwest, PA d/b/a Concentra Medical Centers*


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Praecipe Line of Dismissal with Prejudice was e-filed and e-served this 6th day of January, 2016 to:

Alison D. Kohler, Esquire
Dugan, Babij & Tolley, LLC
1966 Greenspring Drive
Suite 500
Timonium, Maryland 21093


       */s/ Catherine A. Hanrahan*
       Catherine A. Hanrahan